UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL NAPS, INC.,<br>    Plaintiff,<br><br>v.<br><br>VERIZON NEW ENGLAND INC.,<br>D/B/A VERIZON MASSACHUSETTS,<br>    Defendant. | CIVIL ACTION NO. 05-10079-MLW |

### GLOBAL NAPS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Global NAPs, Inc. hereby states that its stock is held by Ferrous Miner Holdings, Ltd., a non-publicly traded entity.

William J. Rooney, Jr., BBO# 426920
Jeffrey C. Melick, BBO# 342130
Global NAPs, Inc.
89 Access Road, Suite B
Norwood, MA 02062
(781) 551-0152

1