UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 P 3:02

U.S. DISTRICT COURT
DISTRICT OF MASS

GLOBAL NAPS, INC.,
    Plaintiff,

v.

VERIZON NEW ENGLAND INC.,
D/B/A VERIZON MASSACHUSETTS,
    Defendant.

CIVIL ACTION NO. 05-10079-MLW

## WAIVER OF SERVICE OF SUMMONS

To: Jeffrey C. Melick

I acknowledge receipt of your request that I waive service of a summons in the action of Global NAPs, Inc. v. Verizon New England Inc., which is case number 05-10079-MLW in the United States District Court for the District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after January 13, 2005 (the date the notice was sent), or within 90 days after that date if the request was sent outside the United States.

*Bruce P. Beausejour*
Bruce P. Beausejour
As Vice President and General Counsel of Verizon New England Inc.

Date: January 14, 2005

1