UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GLOBAL NAPS, INC.,

Plaintiff,

v.

VERIZON NEW ENGLAND INC., d/b/a
VERIZON MASSACHUSETTS,

Defendant.

Civil Action No. 05-10079-MLW

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the defendant Verizon New England Inc. states that it is a wholly owned subsidiary of NYNEX Corporation, which itself is a wholly owned subsidiary of Verizon Communications Inc., a publicly held company. Verizon Communications Inc. has no parent companies, and no publicly held company has a 10 percent or greater interest in Verizon Communications Inc.

Respectfully Submitted,

VERIZON NEW ENGLAND INC.

By its attorneys,

_____
Bruce P. Beausejour (BBO# 034840)
Keefe B. Clemons (BBO# 635906)
185 Franklin Street, Room 1403
Boston, MA 02110-1585
(617) 743-6744 (Tel.)
(617) 737-0648 (Fax)

March 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2005, I caused a copy of the foregoing Corporate Disclosure Statement to be served by U.S. mail to all of the counsel of record listed below, addressed as follows:

William J. Rooney, Esq.
Jeffrey C. Melick, Esq.
Global NAPs Legal Department
89 Access Road
Suite B
Norwood, MA 02062

*/s/ Keefe B. Clemons*