**GLOBAL NAPs**
**Legal Department**

William J. Rooney, Jr.
89 Access Rd.
Suite B
Norwood, MA 02062
Tel: (781) 551-9707
Fax: (781) 551-9984
Email: wrooney@gnaps.com

April 14, 2005

VIA FIRST CLASS MAIL

Dennis O'Leary, Deputy Clerk
United States District Court for the
District of Massachusetts
One Courthouse Way, Suite 2500
Boston, MA 02210

Re:   **C.A. No. 05-10079-MLW, Global NAPs, Inc. v. Verizon New England, Inc.**

Dear Mr. O'Leary:

   On April 12, 2005 a telephone conference was held with Judge Rya W. Zobel regarding a motion for consolidation of the above mentioned docket with docket numbers 02-12489 and 03-10437. At that time Judge Zobel ordered that the cases be consolidated and a proposed briefing schedule filed by April 19, 2005. Today I received a notice of scheduling conference/motion hearing for an initial scheduling conference to be held on April 25, 2005 for docket number 05-10079 with Judge Mark L. Wolfe. In light of the consolidation, this conference should be removed from the docket.

   If I may be of any assistance in this matter, please let me know.

                                        Very truly yours,

                                        William J. Rooney, Jr.
                                        General Counsel

WJR:ljc
cc:   Thomas A. Barnico, Asst. Atty. General
      Daniel J. Hammond, Asst. Atty. General
      Bruce P. Beausejour, Esq.
      Keefe Clemons, Esq.

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document by mailing a copy thereof, first-class mail, postage prepaid to the parties by their attorneys:

Thomas A. Barnico
Daniel J, Hammond
Attorney General's Office
One Ashburton Place
Room 2019
Boston, MA 02108-1698

Keefe Clemons, Esq.
Bruce P. Beausejour, Esq.
185 Franklin Street
Room 1585
Boston, MA 02110-1585

William J. Rooney, Jr.

Dated: April 14, 2005