SCANNED
DATE: 2-15-05
BY: CMB

IN THE UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 12: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| GLOBAL NAPS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON NEW ENGLAND INC., )<br>D/B/A VERIZON MASSACHUSETTS, )<br>ET AL. )<br>) | Civil Action No. 02-12489-RWZ |
| GLOBAL NAPS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON NEW ENGLAND INC., )<br>D/B/A VERIZON MASSACHUSETTS, )<br>ET AL. )<br>) | Civil Action No. 03-10437-DPW |

**MOTION FOR CONSOLIDATION OF CASES**

Verizon New England Inc., d/b/a Verizon Massachusetts ("Verizon"), pursuant to Fed. R. Civ. P 42(a) and 40.1(J), submits this motion to consolidate a recently filed case, *Global NAPs, Inc. v. Verizon New England Inc., d/b/a Verizon Massachusetts,* Civil Action No. 05-10079-MLW (a copy of which is attached to the accompanying Memorandum of Reasons In Support of Motion for Consolidation of Cases as Exhibit 1), with a related civil action pending before this Court — Civil Action No. 02-12489-RWZ.

Allowed by agreement
Ryan Zobel
4/11/05

In support of its motion, Verizon relies of the arguments and supporting authorities set forth in the accompanying Memorandum of Reasons In Support of Consolidation of Cases.

For the reasons set forth in the accompanying memorandum, the Court should grant Verizon's motion for consolidation of cases, and consolidate GNAPs' Complaint (*Global NAPs, Inc. v. Verizon New England Inc., d/b/a Verizon Massachusetts,* Civil Action No. 05-10079-MLW) with Civil Action No. 02-12489-RWZ before the Honorable Rya W. Zobel in this docket.

        Respectfully submitted,

        VERIZON NEW ENGLAND INC., d/b/a
        VERIZON MASSACHUSETTS,

        By its attorneys,

        */s/ Keefe B. Clemons*
        Bruce P. Beausejour [MA Bar No. 034840]
        Keefe B. Clemons [MA Bar No. 635906]
        185 Franklin Street, 13th Floor
        Boston, MA 02110
        bruce.p.beausejour@verizon.com
        keefe.b.clemons@verizon.com

February 14, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Keefe B. Clemons, hereby certify that counsel for Verizon MA has conferred with counsel for GNAPs and the Department of Telecommunications and Energy as required by local rule 7.1(A)(2).

*Keefe B. Clemons*

February 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of February 2005, I caused a copy of the foregoing Motion for Consolidation of Cases and accompanying Memorandum of Reasons In Support of Motion for Consolidation of Cases to be served by hand or first-class mail, postage prepaid, on the following counsel:

William J. Rooney, Jr.
John O. Postl
Samuel Zarzour
Jeffrey C. Melick
Global NAPs, Inc.
89 Access Road, Suite B
Norwood, MA 02062

Paul G. Afonso, Esquire
Chairman
Department of Telecommunications and Energy
One South Station, Second Floor
Boston, MA 02110

Andrew O. Kaplan, Esquire
General Counsel
Department of Telecommunications and Energy
One South Station, Second Floor
Boston, MA 02110

Daniel J. Hammond, Esquire
Thomas A. Barnico, Esquire
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108-1698

*Rufe B. Clemons*