IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Global NAPs, Inc.,
   Plaintiff

v.

Verizon New England Inc.,
d/b/a Verizon Massachusetts
   Defendant

Civil Action No. 05-10079-RWZ

**Proposed Briefing Schedule**

1. Global NAPs, Inc. shall file its opening brief on or before May 31, 2005.

2. Verizon New England Inc. and the Massachusetts Department of Telecommunications and Energy shall file their opening briefs on or before July 6, 2005.

3. Global NAPs, Inc. shall file its reply brief on or before July 19, 2005.

4. Verizon New England Inc. and the Massachusetts Department of Telecommunications and Energy shall file their reply briefs on or before August 4, 2005.

5. Oral argument shall be scheduled for August _____, 2005.

Date: 4/21/05

Global NAPs, Inc.,
By its attorneys:

William J. Rooney, Jr.
William J. Rooney, Jr. (BBO 426920)
Jeffrey C. Melick, (BBO 342130)
Samuel Zarzour (BBO 632715)
89 Access Rd.
Norwood, MA 0062
Tel. 781-551-9707
Fax 781-551-9984
wrooney@gnaps.com

File 26708

1

Verizon New England Inc.,
By its attorneys:

Date: 4/21/05

*/s/ Keefe B. Clemons/JJC*

Bruce B. Beausejour, Esq. (BBO 034840)
Keefe B. Clemons, Esq. (BBO 635906)
185 Franklin St.
Boston, MA 02110
Tel. 617-743-6744
Fax 617-737-0648
keefe.b.clemons@verizon.com

Massachusetts Department of
Telecommunications and Energy,
By its attorneys:

Date: 4/21/05

*/s/ Daniel J. Hammond/JJC*

Thomas A. Barnico (BBO 030004)
Daniel J. Hammond (BBO 559475)
Assistant Attorney General
Attorney General's Office
One Ashburton Place
Room 2019
Tel. 617-727-2200 x2086
Fax 617-727-5785
Boston, MA 02108-1698
tom.barnico@ago.state.ma.us

## Certificate of Service

I, William J Rooney, Jr., hereby certify that I have this 21st day of April, 2005 served the foregoing **Proposed Briefing Schedule** by First Class Mail to the following:

Bruce B. Beausejour, Esq.
Keefe B. Clemons, Esq.
185 Franklin St.
Boston, MA 02110
    For Verizon New England Inc.

Thomas A. Barnico, Assistant Attorney General
Daniel J. Hammond, Assistant Attorney General
Attorney General's Office
One Ashburton Place
Room 2019
Boston, MA 02108-1698
    For Massachusetts Department of Telecommunications and Energy

_William J. Rooney, Jr._
William J. Rooney, Jr.