UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL NAPS, INC., )<br>)<br>Plaintiff/Defendant-in-Counterclaim, )<br>)<br>v. )<br>)<br>VERIZON NEW ENGLAND, INC., )<br>)<br>Defendants/Plaintiff-in-Counterclaim, )<br>) | C.A. Nos. 02-12489-RWZ<br>05-10079-RWZ |

### ANSWER OF TRUSTEE DEFENDANT AT&T CORPORATION

AT&T Corporation ("AT&T"), summoned as trustee for the plaintiff/defendant-in-counterclaim in the above-captioned matter, states:

1.  At the time of the service of the trustee summons upon AT&T, it had in its possession the following:

Goods, effects and credits with a net value of $5,946.51.

2.  AT&T has a commercial relationship with the plaintiff/defendant-in-counterclaim under which the plaintiff/defendant-in-counterclaim invoices AT&T monthly for services rendered and AT&T credits the plaintiff/defendant-in-counterclaim and then remits the approved amount of the invoice in or about the following month. The approved amount of the invoice for October, excluding disputed charges, was the $5,946.51 stated in paragraph 1 above.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 7th DAY OF NOVEMBER, 2006.

By: _____
AT&T Corporation

                    AT&T CORPORATION,
                    By its attorneys,

                    /s/ Daniel P. McCarthy
                    _____

                    James A.G. Hamilton, BBO #218760
                    Daniel P. McCarthy, BBO #651559
                    BURNS & LEVINSON LLP
                    125 Summer Street
                    Boston, MA. 02110
Dated: November 7, 2006    (617) 345-3000

## CERTIFICATE OF SERVICE

I, Daniel P. McCarthy, hereby certify that on this 7th day of November2006, a true and accurate copy of the above document was served upon the attorney of record for each other party electronically, as evidenced by the Notice of Electronic filing of the same date.

                    /s/ Daniel P. McCarthy
                    _____