UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case Nos. 02-12489-RWZ
05-10079-RWZ

Global NAPs, Inc., Plaintiff(s)
v.
Verizon New England Inc. et al., Defendant(s)

eclecTechs, LLC, Trustee

## ANSWER TO SUMMONS TO TRUSTEE

Now comes eclecTechs, LLC, by its attorney, Benjamin A. Barnes and its General Manager, Barbara Meehan, and Answers the Summons To Trustee in the above-captioned matter as follows:

1. The Summons to Trustee was served on eclecTechs, LLC at 3:43 p.m. on Friday, October 27, 2006.

2. Following receipt of the Summons To Trustee, eclecTechs, LLC, by and through its General Manager, made diligent search of its business records and accounts.

3. On that date, eclecTechs, LLC had no goods effects or credits of the Plaintiff/Counterclaims Defendant Global NAPs, Inc. in its hands or possession.

4. Furthering answering, eclecTechs, LLC states that it currently pays WorldNet, on a month-to-month basis, $665 per month for thirty-five (35) "dial up" ports.

5. eclecTechs, LLC's WorldNet customer number is 290001107.

6. On information and belief, eclecTechs, LLC states that WorldNet may be owned by GlobalNaps, Inc.

7. The Trustee will await further instructions from the Court.

Signed and Sworn Under the Pains and Penalties of Perjury this 9th day of November, 2006.

eclecTechs, LLC


By:   /s/ Barbara Meehan
      Barbara Meehan, General Manager
      duly authorize

Respectfully submitted,
eclecTechs, LLC, by its attorney

Date:  November 9, 2006         /s/ Benjamin A. Barnes
                                Benjamin A. Barnes (BBO #542432)
                                Benjamin A. Barnes, P.C.
                                64 Gothic Street, Suite 6
                                Northampton, MA 01060-3042
                                Telephone:   413 584-0368
                                Facsimile:   413 585-5125


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 9, 2006.


/s/ Benjamin A. Barnes
Benjamin A. Barnes