UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL NAPS, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 02-12489-RWZ |
| VERIZON NEW ENGLAND INC., et al., | ) 05-10079-RWZ |
| Defendants. | ) |
| EARTHLINK, INC. | ) |
| Trustee. | ) |

**ANSWER AND CERTIFICATION OF TRUSTEE OF NO FUNDS**

I, Paul Navin, hereby certify under oath that I am employed as the Director, Commercial Finance of the Trustee EarthLink, Inc. I hereby certify that based upon a review of EarthLink's records, there are currently no amounts due and owing to the Plaintiff Global NAPs, Inc., nor does EarthLink expect to owe any moneys to Global NAPs in the future.

/s/ Paul Navin
Paul Navin

Respectfully submitted,

EARTHLINK, INC.

By its attorney(s),

/s/ Christopher F. Robertson
Christopher F. Robertson, BBO #642094
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Dated: November 9, 2006           Telecopier:    (617) 946-4801

-1-

-2-

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 9, 2006.

    /s/ Christopher F. Robertson
    Christopher F. Robertson

BO1 15811770.1