02-12489
05-10079 ✓
USDC/MA

# United States Court of Appeals
## For the First Circuit

No. 08-1352

IN RE: GLOBAL NAPS, INC., ET AL.,

Petitioners.

Before

Boudin, Chief Judge,
Lipez and Howard, Circuit Judges.

JUDGMENT

Entered: May 6, 2008

The petition for writ of mandamus is denied. The request for a stay of the district court proceedings pending a decision by this court is denied as moot.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Sean Carnathan, William Hogan, Robert Weigel, Edward Naughton, Daniel Hammond, Joseph Pastore, Glenn Manishin, Scott Angstreich, Thomas Barnico, Andrew Good, David Chaffin, Jason Myatt, Richard Owens, Jeffrey Melick, Lawrence Green, Benjamin Kafka, William Rooney, Andrew Hetherington, Bruce Beausejour, Samuel Zarzour, John McGuinness, Eric Osterberg, Lucy Lovrien, Keefe Clemons